UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARRIE SUANNE CAZARES, | No. 5:21-cv-01281-JDE |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation (Dkt. 26), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $4,300.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 18, 2022

JOHN D. EARLY
United States Magistrate Judge